1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California  94111
3  Telephone:  (415) 345-9234
   Facsimile:  (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Plaintiff
   EDUCATIONAL CREDIT
6  MANAGEMENT CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
   EDUCATIONAL CREDIT MANAGEMENT          Civil Case No. 08-2275
12 CORPORATION,

13              Plaintiff,
                                          **PROOF OF SERVICE OF SUMMONS
14 v.                                     AND COMPLAINT**

15 GOSPEL INDUSTRIES, INC., a California
   Corporation,
16
                Defendant.
17

18

| Attorney or Party without Attorney: <br> MIRIAM HISER, Esq. <br> LAW OFFICES OF MIRIAM HISER <br> 550 MONTGOMERY ST. #650 <br> SAN FRANCISCO, CA 94111 | Telephone No.: <br> (415) 345-9234 <br><br> Bar #129824 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> BROWNE | |

Insert name of Court, and Judicial District and Branch Court:
U. S. District Court, Northern District Of California

Plaintiff: EDUCATIONAL CREDIT MANAGEMENT CORP.
Defendant: GOSPEL INDUSTRIES, INC.

| PROOF OF SERVICE <br> (Summons In A Civil Action) | Hearing Date: | Time: | Dept/Div | Case Number: <br> CV 08-2275 |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the: Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference And A D R Deadlines; Standing Orders; Clerk's Notice; Notice Of Availability Of Magistrate Judge; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; E C F Registration Information Handout

2. a. Party Served:       GOSPEL INDUSTRIES, INC. (Defendant)

   b. Person Served:    "JOHN DOE" (REFUSED NAME) B/M AGE 46 5'10" 200LB BALD - PERSON APPARENTLY IN CHARGE

   c. Address:              2807 55th AVENUE
                                  OAKLAND, CA 94605

3. I served the party named in item 2
   a. by personally delivering the copies
      (1) on:    Sun, May. 25, 2008
      (2) at:    10:58AM

5. Person serving:
   TIM AULT
   SAME DAY ATTORNEY SERVICE
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service: $60.00
   d. Registered California process server.
      (2) Registration No.: 924
      (3) County: ALAMEDA

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May. 27, 2008

Jud. Coun. form, rule 982(a)(23)     PROOF OF SERVICE     (Signature)     HISER.33898