```
LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California  94111
Telephone:  (415) 345-9234
Facsimile:  (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Plaintiff
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOSPEL INDUSTRIES, INC., a California Corporation,<br><br>　　　　　　　　　Defendant. | Civil Case No. 08-02275 SBA<br><br>**PROOF OF SERVICE OF CLERK'S NOTICE** |

The undersigned certifies as follows:

I am employed at the Law Offices of Miriam Hiser, 550 Montgomery Street, Suite 650, San Francisco, California 94111.  I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid at San Francisco, California.

On July 21, 2008, I served a copy of the following document(s):

**CLERK'S NOTICE**

by placing, for collection and mailing a true copy of such document(s) enclosed in a sealed envelope(s), following ordinary business practices, addressed as follows:

1 | Gospel Industries, Inc.
2 | 2807 55th Avenue
  | Oakland, CA 94605

3

4 I declare under penalty of perjury under the laws of the State of California that the foregoing is

5 true and correct.

6 Dated: July 21, 2008.                    /s/
                                           Miriam Hiser
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28