```
LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California  94111
Telephone:  (415) 345-9234
Facsimile:  (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Plaintiff
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GOSPEL INDUSTRIES, INC., a California Corporation,<br><br>　　　　　　　　Defendant. | Civil Case No. 08-02275 SBA<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF EDUCATIONAL CREDIT MANAGEMENT CORPORATION**<br><br>**Date:  September 3, 2008**<br>**Time:  2:45 (Telephonic)**<br>**Judge Brown** |

　　　　Plaintiff EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") submits the following Case Management Statement:

　　　　1.　　<u>Jurisdiction and service</u>:  ECMC served the Complaint on defendant on May 25, 2008.  Defendant has not responded.

　　　　2.　　<u>Facts</u>:  This is an action to enforce an administrative wage garnishment order brought pursuant to 20 U.S.C. Section 1095a and 34 C.F.R. Section 682.410(b)(9).  ECMC is owed a debt by one Paul Browne, an employee of defendant.  That debt is in default.  In November 2007, ECMC served a wage garnishment order on defendant.  That order required defendant to garnish fifteen percent (15%) of Paul Browne's wages to satisfy the debt.  Defendant has not complied with the order.

　　　　3.　　<u>Legal Issues</u>:  An employer is required by statute to garnish an employee's

wages.  An employer lacks standing to raise arguments on an employee's behalf as a defense to an action against the employer.

  4. <u>Motions</u>:  When ECMC obtains defendant's default, it will move for entry of default judgment.

  5. <u>Amendment of Pleadings</u>:  None anticipated.

  6. <u>Discovery</u>: None anticipated unless defendant responds to the complaint.

  7. <u>Related Cases</u>:  None.

  8. <u>Relief:</u> ECMC seeks an order requiring defendant to garnish defendant's wages and to pay ECMC's attorneys' fees and costs.

  9. <u>Settlement and ADR:</u>  Not applicable given defendant's failure to appear and defend the case.

  10. <u>Consent to Magistrate Judge</u>:  Not applicable.

  11. <u>Narrowing of Issues/Expedited Schedule/Scheduling</u>:  Not applicable, given defendant's failure to appear and defend the case.

  12. <u>Trial</u>:  Not applicable, given defendant's failure to appear and defend the case.

            LAW OFFICES OF MIRIAM HISER

Dated:  August 27, 2008.      /s/ _____
               Miriam Hiser

1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California  94111
3  Telephone:  (415) 345-9234
   Facsimile:  (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Plaintiff
   EDUCATIONAL CREDIT
6  MANAGEMENT CORPORATION

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11
   EDUCATIONAL CREDIT MANAGEMENT              Civil Case No. 08-02275 SBA
12 CORPORATION,

13                  Plaintiff,
                                               **PROOF OF SERVICE**
14 v.

15 GOSPEL INDUSTRIES, INC., a California
   Corporation,
16
                    Defendant.
17

18       The undersigned certifies as follows:

19       I am employed at the Law Offices of Miriam Hiser, 550 Montgomery Street, Suite 650,

20 San Francisco, California 94111.  I am over the age of 18 and not a party to the within action.

21       I am readily familiar with the business practice for the collection and processing of

22 correspondence for mailing, under which, in the ordinary course of business, mail placed for

23 collection and mailing is deposited with the United States Postal Service on the same day with

24 postage thereon fully prepaid at San Francisco, California.

25       On August 27, 2008, I served a copy of the following document(s):

26            **CASE MANAGEMENT STATEMENT**

27 by placing, for collection and mailing a true copy of such document(s) enclosed in a sealed

28 envelope(s), following ordinary business practices, addressed as follows:

1  Gospel Industries, Inc.
   2807 55th Avenue
2  Oakland, CA 94605

3

4  I declare under penalty of perjury under the laws of the State of California that the foregoing is

5  true and correct.

6  Dated: August 27, 2008.                   /s/
                                             Miriam Hiser
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Proof of Service
Case No. 08-02275 SBA